COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                01-12-01108-CV

Style:                       Telicia Owens

                             v. Krista G. Handyside, M.D., Samuel J. Prater, M.D., Kenneth A. Totz, D.O., FACEP, and

                             Memorial Hermann Hospital System d/b/a Memorial Hermann – Texas Medical Center

Date motion filed*:          May 8, 2015

Type of motion:              Motion for extension of time to file motion for rehearing and/or motion for en banc

                             reconsideration

Party filing motion:         Appellee Memorial Hermann Hospital d/b/a Memorial Hermann – Texas Medical Center

Document to be filed:        Motion for rehearing and/or motion for en banc reconsideration

Is appeal accelerated?       No

If motion to extend time:

    Original due date:           May 8, 2015

    Number of previous extensions granted:    0          Current Due date:  May 8, 2015

    Date Requested:              June 22, 2015

Ordered that motion is:

    ☑     Granted

          If document is to be filed, document due:  June 22, 2015

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

_____

_____

_____

Judge's signature:    ___/s/ Terry Jennings_____

                    ☐ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date: _May 8, 2015_____